Abraham J. Colman (SBN 146933)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: acolman@reedsmith.com
jsyu@reedsmith.com

Attorneys for Defendant
LVNV Funding, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER TAYLOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC; and LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C.; and DOES 1 through 10 inclusive,<br><br>　　　　Defendant(s). | Case No.: CV-09-5389 TEH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LVNV FUNDING, LLC TO RESPOND TO COMPLAINT**<br><br>[N.D. Cal. Local Rule 6-1(a)] |

Pursuant to Local Rule 6-1(a), Plaintiff Alexander Taylor ("Plaintiff") and Defendant LVNV Funding, LLC ("Defendant"), by and through their respective attorneys of record, hereby stipulate that the time for Defendant to respond to Plaintiff's Complaint is extended by 30 days to January 13, 2010. Defendant reserves any and all objections and defenses and does not waive any of its rights by entering into this stipulation.

DATED: December 8, 2009.

    Golden & Cardona-Loya

    By   /s/ *Jeremy S. Golden*
    Jeremy S. Golden
    Attorneys for Plaintiff
    Alexander Taylor

DATED: December 8, 2009.

    REED SMITH LLP

    By   /s/ *Jordan Yu*
    Jordan Yu
    Attorneys for Defendant
    LVNV Funding LLC



IT IS SO ORDERED
Judge Thelton E. Henderson
12/09/09
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA