1  Abraham J. Colman (SBN 146933)
   Jordan Yu (SBN 227341)
2  REED SMITH LLP
   355 South Grand Avenue
3  Los Angeles, CA  90071
   Telephone:   213.457.8000
4  Facsimile:    213.457.8080
   Email: acolman@reedsmith.com
5          jsyu@reedsmith.com

6  Attorneys for Defendant
   LVNV Funding, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ALEXANDER TAYLOR, | Case No.: CV-09-5389 TEH |
| 13           Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT LVNV FUNDING, LLC TO RESPOND TO COMPLAINT** |
| 14      vs. | |
| 15  LVNV FUNDING, LLC; and LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C.; and DOES 1 through 10 inclusive, | [N.D. Cal. Local Rule 6-1(a)] |
| 17           Defendant(s). | |

Pursuant to Local Rule 6-1(a), Plaintiff Alexander Taylor ("Plaintiff") and Defendant LVNV Funding, LLC ("Defendant"), by and through their respective attorneys of record, hereby stipulate that the time for Defendant to respond to Plaintiff's Complaint is extended by 30 days to January 13, 2010. Defendant reserves any and all objections and defenses and does not waive any of its rights by entering into this stipulation.

DATED: December 8, 2009.

    Golden & Cardona-Loya

    By */s/ Jeremy S. Golden*
    Jeremy S. Golden
    Attorneys for Plaintiff
    Alexander Taylor

DATED: December 8, 2009.

    REED SMITH LLP

    By */s/ Jordan Yu*
    Jordan Yu
    Attorneys for Defendant
    LVNV Funding LLC



UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
12/09/09

*REED SMITH LLP — A limited liability partnership formed in the State of Delaware*