**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GEORGE J. ZISER, SB# 51879
　E-Mail: ziser@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

STEPHEN H. TURNER, SB# 89627
　E-mail: turner@lbbslaw.com
LARISSA G. NEFULDA, SB# 201903
　E-Mail: lnefulda@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
THE BRACHFELD LAW GROUP, A.P.C.,
erroneously sued as LAW OFFICES OF
BRACHFELD & ASSOCIATES, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER TAYLOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; and LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C.; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO. Cv 09-5389 TEH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(N.D. Civil Local Rule 6-1(a))**<br><br>ACTION FILED:　August 6, 2009<br>TRIAL DATE:　None Set |

Pursuant to and in accordance with Civil Local Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that defendant THE BRACHFELD LAW GROUP, P.C. shall have an extension of time, to and including January 8, 2010, within which to respond to the Complaint of plaintiff ALEXANDER TAYLOR.

4828-0970-7269.1　　　　　　　　　　　　-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

This extension will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: December 23, 2009           LEWIS BRISBOIS BISGAARD & SMITH LLP


                                   By /s/ Larissa G. Nefulda
                                   Stephen H. Turner, Esq.
                                   Larissa G. Nefulda, Esq.
                                   Attorneys for Defendant
                                   THE BRACHFELD LAW GROUP, A.P.C.


DATED: December 23, 2009           GOLDEN & CARDONA-LOYA


                                   By /s/ Jeremy S. Golden
                                   Jeremy S. Golden
                                   Attorneys for Plaintiff
                                   ALEXANDER TAYLOR



IT IS SO ORDERED
Judge Thelton E. Henderson
12/23/09
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA