**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GEORGE J. ZISER, SB# 51879
 E-Mail: ziser@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

STEPHEN H. TURNER, SB# 89627
 E-mail: turner@lbbslaw.com
LARISSA G. NEFULDA, SB# 201903
 E-Mail: lnefulda@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
THE BRACHFELD LAW GROUP, A.P.C.,
erroneously sued as LAW OFFICES OF
BRACHFELD & ASSOCIATES, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER TAYLOR,<br><br>  Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; and LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C.; and DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO. 3:09-cv-5389 TEH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge Thelton E. Henderson<br><br>ACTION FILED: November 16, 2009<br>TRIAL DATE: None Set |

Defendant LVNV FUNDING, LLC hereby substitutes LEWIS BRISBOIS BISGAARD & SMITH LLP, located at 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012; telephone number: (213) 250-1800; facsimile number: (213) 250-7900 as attorneys of record in place of REED SMITH LLP.

4846-6478-0293.1         -1-
NOTICE OF SUBSTITUTION OF COUNSEL

I consent to the above substitution.

DATED: February ___, 2010          LVNV FUNDING, LLC

                                   By_____
                                      Michael P. Bahner, Corporate Counsel


I am duly admitted to practice in this District and consent to the above substitution.

                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED: February 16, 2010

                                   By /s/ Larissa G. Nefulda
                                      Stephen H. Turner
                                      Larissa G. Nefulda


We have been given proper notice and consent to the above substitution.

                                   REED SMITH LLP

DATED: February 16, 2010

                                   By /s/ Jordan Yu
                                      Abraham J. Colman
                                      Jordan Yu

4846-6478-0293.1                        -2-
                         NOTICE OF SUBSTITUTION OF COUNSEL

I consent to the above substitution.

DATED: February ___, 2010     LVNV FUNDING, LLC

By /s/ Michael P. Bahner
Michael P. Bahner, Corporate Counsel

I am duly admitted to practice in this District and consent to the above substitution.

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED: February 16, 2010

By_____
Stephen H. Turner
Larissa G. Nefulda

We have been given proper notice and consent to the above substitution.

REED SMITH LLP

DATED: February ___, 2010

By_____
Abraham J. Colman
Jordan Yu

IT IS SO ORDERED:

DATED: February 16, 2010

Hon. Thelton E. Henderson
UNITED STATES

/s/ Thelton E. Henderson
Judge Thelton E. Henderson

4846-6478-0293.1                -2-