**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GEORGE J. ZISER, SB# 51879
  E-Mail: ziser@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone: (415) 362-2580
Facsimile:  (415) 434-0882

STEPHEN H. TURNER, SB# 89627
  E-mail: turner@lbbslaw.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: lnefulda@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
THE BRACHFELD LAW GROUP, A.P.C.,
erroneously sued as LAW OFFICES OF
BRACHFELD & ASSOCIATES, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER TAYLOR, | ) CASE NO. 3:09-cv-5389 TEH |
| Plaintiff, | ) **NOTICE OF SUBSTITUTION OF** |
| | ) **COUNSEL** |
| v. | ) |
| LVNV FUNDING, LLC; and LAW OFFICES | ) |
| OF BRACHFELD & ASSOCIATES, P.C.; and | ) Judge Thelton E. Henderson |
| DOES 1 through 10 inclusive, | ) |
| | ) ACTION FILED:  November 16, 2009 |
| Defendants. | ) TRIAL DATE:   None Set |
| | ) |
| | ) |
| | ) |

Defendant LVNV FUNDING, LLC hereby substitutes LEWIS BRISBOIS BISGAARD &

SMITH LLP, located at 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012;

telephone number: (213) 250-1800; facsimile number: (213) 250-7900 as attorneys of record in

place of REED SMITH LLP.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-6478-0293.1

-1-

NOTICE OF SUBSTITUTION OF COUNSEL

1    **I consent to the above substitution.**

2
     DATED: February ___, 2010          LVNV FUNDING, LLC
3

4
                                        By_____
5
                                            Michael P. Bahner, Corporate Counsel
6

7
     **I am duly admitted to practice in this District and consent to the above substitution.**
8

9                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

10
     DATED: February 16, 2010
11

12                                      By /s/ Larissa G. Nefulda_____
                                            Stephen H. Turner
13                                          Larissa G. Nefulda

14

15   **We have been given proper notice and consent to the above substitution.**

16
                                        REED SMITH LLP
17

18   DATED: February 16, 2010

19                                      By /s/ Jordan Yu_____
                                            Abraham J. Colman
20                                          Jordan Yu

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-6478-0293.1                        -2-
                           NOTICE OF SUBSTITUTION OF COUNSEL

1    I consent to the above substitution.

2

3    DATED: February ___, 2010       LVNV FUNDING, LLC

4

5    By _____

                   Michael P. Bahner, Corporate Counsel

6

7    I am duly admitted to practice in this District and consent to the above substitution.

8

9    LEWIS BRISBOIS BISGAARD & SMITH LLP

10

11    DATED: February 16, 2010

12    By _____

                   Stephen H. Turner

13                    Larissa G. Nefulda

14

15    We have been given proper notice and consent to the above substitution.

16

17    REED SMITH LLP

18    DATED: February ___, 2010

19    By _____

                   Abraham J. Colman

20                    Jordan Yu

21

22    IT IS SO ORDERED:

23    DATED: February 16, 2010

24

25    Hon. Thelton E. Henderson

         UNITED STATES

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-6478-0293.1    -2-

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA