1  Jeremy S. Golden (SBN 228007)
   Golden & Cardona-Loya, LLP
2  3130 Bonita Road Suite 200-B
3  Chula Vista, CA 91910
4  jeremy@efaganlaw.com
   Tel: 619-656-6656; Fax:  775-898-5471
5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER TAYLOR, | Case No.: C 09-05389-TEH |
| Plaintiff | ~~[Proposed]~~ **Order on the Parties Stipulation and Request to Modify Previous Order Regarding ADR** |
| v. | |
| LVNV FUNDING, LLC., et al, | |
| Defendants | The Hon. Thelton E. Henderson |

Pursuant to the parties' stipulation and good cause having been shown it is hereby ordered that the parties are relieved from the previous order sending this matter to mediation. The parties shall participate in the Settlement Conference on June 4 and if the case is not resolved shall discuss the need for further ADR with Chief Magistrate Judge Maria-Elena James at that time.

IT IS SO ORDERED

Date: 04/09/10        BY: _____
                          DISTRICT COURT Judge Thelton E. Henderson

1
[Proposed] Order on the Parties Stipulation and Request to Modify Previous Order Regarding ADR