**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GEORGE J. ZISER, SB# 51879
　E-Mail: ziser@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

STEPHEN H. TURNER, SB# 89627
　E-mail: turner@lbbslaw.com
LARISSA G. NEFULDA, SB# 201903
　E-Mail: lnefulda@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants
THE BRACHFELD LAW GROUP, P.C. and
LVNV FUNDING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LVNV FUNDING, LLC; and LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C.; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO. 3:09-cv-5389 THE<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>ACTION FILED:　November 16, 2009<br>TRIAL DATE:　　December 7, 2010 |

TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiff ALEXANDER TAYLOR ("Plaintiff") and Defendants THE BRACHFELD LAW GROUP, P.C. and LVNV FUNDING, LLC ("Defendants") have agreed to settle the above-entitled lawsuit in its entirety.

/ / /

1  Plaintiff and Defendants anticipate that they will complete the settlement, and that Plaintiff
2  and Defendants will file a Stipulation Re: Dismissal of the entire action, with prejudice, within 45
3  days. The parties request that all hearing dates and the Mandatory Settlement Conference currently
4  scheduled for June 4, 2010, be taken off-calendar.

DATED: May 12, 2010    LEWIS BRISBOIS BISGAARD & SMITH LLP


By /s/ Larissa G. Nefulda
Stephen H. Turner, Esq.
Larissa G. Nefulda, Esq.
Attorneys for Defendants
THE BRACHFELD LAW GROUP, P.C. and LVNV FUNDING, LLC



4836-5150-0038.1

NOTICE OF SETTLEMENT OF ENTIRE ACTION
CASE NO. CV09-5389 THE

# FEDERAL COURT PROOF OF SERVICE

Alexander Taylor vs. LVNV Funding, LLC and Law Offices of Brachfeld & Associates, P.C.
24799-338 - File No.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 12, 2010, I served the following document(s): **NOTICE OF SETTLEMENT OF ENTIRE CASE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Jeremy Scott Golden
Golden & Cardon-Loya
3130 Bonita Road, Ste. 200B
Chula Vista, CA 91910
Tele: (619) 656-6656
Fax: (775) 898-5471
Email:jeremy@goldencardona.com

The documents were served by the following means:

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 12, 2010, at Los Angeles, California.

_____
Stephanie Hickman



4836-5150-0038.1

NOTICE OF SETTLEMENT OF ENTIRE ACTION
CASE NO. CV09-5389 THE